WRIGHT, FINLAY & ZAK, LLP
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Citadel Servicing Corporation d/b/a Acra Lending*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APEMWOYAH KISOB ALARIC-LORENZO,<br><br>Plaintiff,<br>vs.<br><br>CITADEL SERVICING CORPORATION, d/b/a ACRA LENDING; DOES 1-10; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-00725<br><br>**PETITION OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, and 1446** |

PLEASE TAKE NOTICE that Defendant, Citadel Servicing Corporation d/b/a Acra Lending ("Defendant"), hereby removes the below-referenced action from the Eighth Judicial District Court for Clark County, Nevada, to the United States District Court for the District of Nevada. Removal is based on 28 U.S.C. §§ 1332, 1441, and 1446 on the following grounds:

**PLEADINGS, PROCESS, AND ORDERS**

1. On or about February 17, 2026, Plaintiff Apemwoyah Kisob Alaric-Lorenzo ("Plaintiff") commenced the above-styled action against Defendant in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-26-939698-C (the "State Court Action").

2. Defendant was served with a copy of the Summons and Complaint on February 19, 2026. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. This Court has jurisdiction over this case as set forth in 28 U.S.C. § 1332 (diversity of citizenship), as shown below.

## DIVERSITY JURISDICTION

1. Removal of this action is proper pursuant to 28 U.S.C. § 1332.

2. Federal diversity jurisdiction requires that the amount in controversy equal or exceed $75,000 and that the parties be citizens of different states. 28 U.S.C. § 1332. As shown below, both of those requirements are met here.

A. **Diversity of Citizenship**

1. Plaintiff alleges that he "is an individual resident of Nevada." (Exh. A ¶¶ 2.)

2. Defendant is a nongovernmental California Corporation.

3. Accordingly, for diversity purposes, at the time of the filing of this action and as of the date of this removal, Defendant is and has been a citizen of the State of California.

4. Because Plaintiff is a citizen of Nevada and Defendant is a citizen of California, complete diversity exists between the parties for purposes of federal diversity jurisdiction.

B. **Amount in Controversy**

1. In the Complaint, Plaintiff seeks recovery for damages exceeding $150,000. (*See* Exh. A ¶¶ 25.)

2. Accordingly, this Court has diversity jurisdiction over Plaintiff's claims in this case. 28 U.S.C. § 1446(a).

## TIMELINESS OF REMOVAL

1. Plaintiff served the Summons and Complaint on Defendant on February 19, 2026. This Notice of Removal is timely in that it has been filed within thirty (30) days of the effective date of service.

## REMAINING PROCEDURAL PREREQUISITES

1. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the District of Nevada, written notice of such filing will be served on Plaintiff, who is proceeding *pro se*.

|   |   |
|---|---|
| 1 | 2. In addition, a copy of this Notice of Removal will be filed with the Clerk of the |
| 2 | Court for the Eighth Judicial District Court for Clark County, Nevada and shall be served on |
| 3 | Plaintiff. |

       **WHEREFORE**, for the foregoing reasons, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1332, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441. Accordingly, Defendant respectfully requests that this action proceed in this Court.

       DATED this 12th day of March, 2026.

       WRIGHT, FINLAY & ZAK, LLP

       */s/ Stephanie A. Garabedian*
       Stephanie A. Garabedian, Esq.
       Nevada Bar No. 9612
       8337 W. Sunset Rd., Suite 220
       Las Vegas, NV 89113
       *Attorneys for Defendant, Citadel Servicing Corporation d/b/a Acra Lending*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 12th day of March, 2026, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case. A copy was also mailed to

Apemwoyah Kisob Alaric-Lorenzo
1301 Premier Court
Las Vegas, NV 89117

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**EXHIBIT LOG**

| Exhibit A | Complaint |
|---|---|